UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL JAMES CLOUD,<br><br>    Plaintiff,<br><br>v.<br><br>NICKOLAI SOCKOL, et al.,<br><br>    Defendants. | Case No. 25-cv-04634-EKL<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a detainee, filed a pro se civil rights complaint under 42 U.S.C. § 1983. Court records indicate that plaintiff filed an earlier case raising these same claims. *See Cloud v. County of Sonoma, et al.*, Case No. 25-cv-0868 EKL. In a concurrent order, that complaint was dismissed with leave to file a second amended complaint.

This case is dismissed as duplicative. *See Adams v. Cal. Dept. of Health Servs.*, 487 F.3d 684, 688 (9th Cir. 2007). Plaintiff must identify all his claims and defendants in a second amended complaint in the earlier filed case.

**IT IS SO ORDERED.**

Dated: June 20, 2025

_____
Eumi K. Lee
United States District Judge